UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>KONDRICK M. BROWN )<br>aka "PUFF" )<br>) | **MAGISTRATE JUDGE COLE**<br><br>**08CR 0182**<br>CASE NUMBER: _____ |

### AFFIDAVIT IN REMOVAL PROCEEDINGS

The undersigned Affiant personally appeared before JEFFREY COLE, a United States Magistrate Judge, and being duly sworn on oath, states: that at the NORTHERN DISTRICT OF MISSISSIPPI, one KONDRICK M. BROWN, aka "PUFF", was charged in an indictment with violations of 18 U.S.C. § 2, 18 U.S.C. § 371, 18 U.S.C. § 922(a)(3) and 18 U.S.C. § 922(a)(6), and that on the basis of Affiant's investigation and information received concerning the case through official channels, does hereby certify that a Warrant for Arrest is outstanding for the arrest of said defendant. (See Attached - Warrant for Arrest and Indictment).

Wherefore, Affiant prays that the defendant be dealt with according to law.

_____
Cindy Bernd
Agent, Bureau of Alcohol, Tobacco,
Firearms and Explosives

Subscribed and Sworn to before me this
27th day of February, 2008

_____
JEFFREY COLE
United States Magistrate Judge

**FILED**

FEB 27 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AUSA Bethany K. Biesenthal

Bond set [or recommended] by issuing Court at _____

COPY

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Northern District of Mississippi

UNITED STATES OF AMERICA

v.

KONDRICK M. BROWN
aka "PUFF"

**WARRANT FOR ARREST**

Case Number: 2:08CR015

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  KONDRICK M. BROWN aka "PUFF"
<br>Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

**FIREARMS**

in violation of Title __18__ United States Code, Section(s) __2, 371, 922__

David Crews
Name of Issuing Officer

Clerk of Court
Title of Issuing Officer

by _D. Adams_ Deputy Clerk
Signature of Issuing Officer

2/20/2008, Oxford, Mississippi
Date  Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

FILED
FEB 20 2008
DAVID CREWS, CLERK
By: _____ Deputy

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

UNITED STATES OF AMERICA

v.

KONDRICK M. BROWN aka "PUFF"

CRIMINAL NO. 2:08CR015
18 U.S.C. § 2
18 U.S.C. § 371
18 U.S.C. § 922(a)(3)
18 U.S.C. § 922(a)(6)

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about October 2, 2004, in the Northern District of Mississippi, **KONDRICK M. BROWN**, defendant herein, knowingly conspired with Cantorinia Lewis and Robertino Williams to make a false and fictitious statement to A to Z Trading Post and Pawn Shop, a federally licensed firearms dealer, in connection with the acquisition of one or more firearms, namely, a Hi-Point, Model C, 9mm pistol bearing serial number P087247, a Hi-Point, Model C, 9mm pistol bearing serial number P174777, and a Bryco Arms 9mm pistol bearing serial number 1537651, which statement was material to the lawfulness of the sale of such firearms and intended to deceive A to Z Trading Post and Pawn Shop; to-wit: **KONDRICK M. BROWN, AKA "Puff,"** a resident of Chicago who was visiting Mississippi and was not able to purchase firearms for himself, solicited Robertino Williams to purchase a gun for him. Because Williams was not of age, he convinced his girlfriend, Cantorinia Lewis to purchase the firearm for BROWN. Lewis thereafter represented on ATF Form 4473 that she was purchasing the firearms for herself, when as Lewis then and there well knew, she was instead purchasing the firearms for BROWN, a resident of Illinois who planned to resell the guns on the streets of Chicago.

## OVERT ACTS

In furtherance of the conspiracy, the defendants committed the following overt acts:

1) In October 2004, KONDRICK M. BROWN, a resident of Chicago, Illinois, also known as "Puff," who was visiting family in Pace, Mississippi, approached Robertino C. Williams, a resident of Pace, Mississippi, and asked Williams if he could obtain firearms for BROWN. Williams was not old enough to purchase guns, so he asked his girlfriend, Cantorinia Sapphira Lewis, if she would purchase the firearms for BROWN.

2) Lewis indicated that she was unsure about purchasing the guns, but Williams eventually convinced her to buy the guns for BROWN. Lewis, Williams, and BROWN traveled to a pawn shop in Cleveland, Mississippi for the purpose of purchasing firearms.

3) At A to Z Trading Post and Pawn Shop, KONDRICK M. BROWN gave Lewis $400 and told her that he wanted three firearms. Lewis then entered the store where she purchased three firearms, including a Hi-Point, Model C, 9mm pistol bearing serial number P087247, a Hi-Point, Model C, 9mm pistol bearing serial number P174777, and a Bryco Arms 9mm pistol bearing serial number 1537651.

4) Lewis filled out the paperwork required by the FFL for the purchase of the four firearms, including ATF Form 4473. On the form, Lewis indicated that she was the actual purchaser of the firearms, even though she knew that she was purchasing them for BROWN.

5) Lewis returned to the car with the three firearms and gave them to Williams who then gave them to BROWN. BROWN then gave Lewis and Williams $100 for purchasing the firearms.

All in violation of Title 18, United States Code, Section 371.

## COUNT TWO

On or about October 2, 2004, in the Northern District of Mississippi, KONDRICK M. BROWN aka PUFF, defendant herein, caused and induced Cantorinia Sapphira Lewis to knowingly make a false and fictitious written statement to A to Z Trading Post and Pawn Shop, a federally licensed firearms dealer, in connection with the acquisition of certain firearms, to wit: a Hi-Point, Model C, 9mm pistol bearing serial number P087247, a Hi-Point, Model C, 9mm pistol bearing serial number P174777, and a Bryco Arms 9mm pistol bearing serial number 1537651, which statement was material to the lawfulness of the sale and intended to deceive A to Z Trading Post and Pawn Shop, in that BROWN solicited Lewis along with her boyfriend Robertino Williams to purchase guns for him, and necessarily present herself as the true purchaser of the firearms, when Lewis was actually purchasing the firearms on BROWN'S behalf with funds provided to her by BROWN; in violation of Title 18, United States Code, Sections 922(a)(6) and 2.

## COUNT THREE

On or about October 2, 2004, in the Northern District of Mississippi and elsewhere, KONDRICK M. BROWN aka PUFF, defendant herein, who was not a licensed dealer manufacturer, importer, or collector of firearms, knowingly transported into the state where he resides one or more firearms that were purchased or obtained outside that state, to wit: BROWN transported a Hi-Point, Model C, 9mm pistol bearing serial number P087247, a Hi-

Point, Model C, 9mm pistol bearing serial number P174777, and a Bryco Arms 9mm pistol bearing serial number 1537651 that were purchased for him at his request in Mississippi into his home state of Illinois, all in violation of Title 18, United States Code, Section 922(a)(3).

A TRUE BILL

UNITED STATES ATTORNEY

/s/ signature redacted
FOREPERSON

**RECEIVED**

**FEB 20 2008**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

UNITED STATES OF AMERICA

v.

KONDRICK M. BROWN aka "PUFF"

CRIMINAL NO. 2:08CR015
18 U.S.C. § 2
18 U.S.C. § 371
18 U.S.C. § 922(a)(3)
18 U.S.C. § 922(a)(6)

## PENALTIES

### COUNT ONE
### 18 U.S.C. §§ 371 and 922(a)(6)

Not more than 5 years imprisonment
Not more than 3 years supervised release
Not more than $250,000 fine
$100 special assessment

18 U.S.C. § 371
18 U.S.C. § 3583(b)(2)
21 U.S.C. § 3571(b)(3)
18 U.S.C. § 3013(a)(2)(A)

### COUNT TWO
### 18 U.S.C. §§ 2 and 922(a)(6)

Not more than 10 years imprisonment
Not more than three years supervised release
Not more than $250,000 fine
$100 special assessment

18 U.S.C. § 924(a)(2)
18 U.S.C. § 3583(b)(2)
21 U.S.C. § 3571(b)(3)
18 U.S.C. § 3013(a)(2)(A)

### COUNT THREE
### 18 U.S.C. §§ 2 and 922(a)(3)

Not more than 5 years imprisonment
Not more than 3 years supervised release
Not more than $250,000 fine
$100 special assessment

18 U.S.C. § 924(a)(1)
18 U.S.C. § 3583(b)(2)
21 U.S.C. § 3571(b)(3)
18 U.S.C. § 3013(a)(2)(A)

SUSAN S. BRADLEY, TN Bar #018557
Assistant United States Attorney
Office of the United States Attorney
Northern District of Mississippi
900 Jefferson Avenue
Oxford MS 38655-3608
telephone 662/234-3351, fax 662/234-0657