Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 182 - 1 | **DATE** | 2/27/2008 |
| **CASE TITLE** | USA vs. Kondrick Brown | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest on 2/27/08. Defendant informed of his rights. Enter order appointing Piyush Chandra as counsel for defendant. Defendant acknowledges understanding the charges and maximum penalty. Defendant to remain in custody. Preliminary examination hearing and bond hearing is set for 2/29/08 at 1:00 p.m.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | CDH |
|---|---|---|