Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 182 - 1 | **DATE** | 2/29/2008 |
| **CASE TITLE** | USA vs. Kondrick M. Brown | | |

**DOCKET ENTRY TEXT**

Detention hearing held. Parties agree on bond. Kondrick M. Brown is released on a $4,500.00 Own Recognizance Bond. Defendant is to report to the Northern District of Mississippi for further proceedings on case 2:08CR015. Case is removed to the Northern District of Mississippi.

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | CDH |
|---|---|---|