MHN

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  A. Adams | ☐ Agent<br>☐ Addressee |
| | B. Received by ( Printed Name )<br>S- Adams | C. Date of Delivery |
| 1. Article Addressed to:<br>Crews<br>tates District Court<br>ral Building and<br>States Courthouse<br>kson Avenue East<br>MS 38655 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| FILED<br>MAR 18 2008<br>3-18-2008<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT | 08cr 188 | |
| | Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes | |
| 2. Article Number<br>(Transfer from service label) | 7006 0100 0001 7313 2555 | |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |