RECEIVED
MAR 13 2008
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

**UNITED STATES DISTRICT COURT**
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

FILED
MAR 20 2008   NR
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**MICHAEL W. DOBBINS,
CLERK**

OFFICE OF THE CLERK
March 7, 2008

Mr. David Crews
Clerk
United States District Court
369 Federal Building and
 United States Courthouse
911 Jackson Avenue East
Oxford, MS 38655



Re: USA   vs.   Kondrick Brown aka "Puff"

Dear Clerk of Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant.

| | |
|---|---|
| _X_ Docket Sheet, Case No.: 08 cr 182 | _X_ Order of Removal dated: 2/29/08 |
| _X_ Affidavit in Removal | ____ Final Commitment Proceedings |
| _X_ Financial Affidavit | ____ Temporary Commitment |
| _X_ Order appointing counsel | _X_ Order setting conditions of release |
| ____ CJA 20 Form | ____ Detention Order |
| _X_ Appearance form | _X_ Appearance Bond |
| | _X_ Other (Minute order dated 2/27/08) |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

by: Yvette Pearson
Yvette Pearson, Deputy Clerk

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF MISSISSIPPI
OFFICE OF THE CLERK
911 JACKSON AVENUE, ROOM 369
OXFORD, MISSISSIPPI 38655

OFFICIAL BUSINESS

United States District Court
Everett McKinley Dirksen Building
United States Courthouse
219 S. Dearborn Street
Chicago, IL 60604

RECEIVED
MAR 20 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

02 1A
0034300541    $ 00.41⁰
MAILED FROM ZIP CODE 38655
MAR 17 2008
PITNEY BOWES